**Order entered October 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00270-CR

**MACK MCKINLEY WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-63580-Y**

## ORDER

The reporter's record in this appeal appears to be incomplete. Specifically, Volume 4 concludes with the trial court sending the jury home before receipt of a verdict at the guilt phase of the trial. Volume 5 begins with the trial court receiving the jury's verdict as to punishment. There is no reporter's record showing the trial court's receipt of the jury's verdict as to guilt nor of the punishment evidence presented to the jury. Moreover, State's Exhibit no. 2, a DVD, was not filed with the record. Rather, Ms. Hazlewood enclosed a photocopy of the DVD, which does not satisfy the requirement of filing the exhibit.

We note that this appeal has already been abated because court reporter Sharon Hazlewood did not timely file the reporter's record. Accordingly, we **ORDER** Sharon Hazlewood, official court reporter of the Criminal District Court No. 7, to file the portions of the

reporter's record showing the receipt of the jury's verdict as to guilt and the complete punishment hearing, State's Exhibit no. 2, and any other exhibits that were admitted. The completed reporter's record is due by **OCTOBER 17, 2014**. No extensions will be granted. If the record is not filed by the date specified, we will order that Sharon Hazlewood not sit as a court reporter until she files the complete record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Michael Snipes, Presiding Judge, Criminal District Court No. 7; Sharon Hazlewood, official court reporter, Criminal District Court No. 7; and to counsel for all parties.


/s/     LANA MYERS
          JUSTICE